IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES DIAS,

    Plaintiff,

  v.

CITY OF SAN LEANDRO, SAN LEANDRO POLICE DEPARTMENT, and DENNIS MALLY, individually and in his official capacity as a police officer for San Leandro,

    Defendants.

No. C 11-01966 WHA

**ORDER TO SHOW CAUSE**

Upon reassignment of this case to the undersigned and pursuant to the reassignment order, defendants filed a motion to dismiss or for a more definite statement (Dkt. No. 13). Defense counsel noticed the hearing for July 7, 2011. Pursuant to the version of Civil Local Rule 7-3 that was in effect when the motion was filed, any brief in opposition to defendants' motion was due on June 16, 2011, but no such opposition has been received. Plaintiff James Dias is ordered to respond by **JUNE 27, 2011**, and show cause for his failure to respond to the motion. This order to show cause does not constitute permission to file a late opposition. The hearing on July 7, 2011, is **VACATED**. A new hearing shall be noticed by the Court if necessary. If plaintiff does not respond by June 27, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE