IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES DIAS,

    Plaintiff,

v.

CITY OF SAN LEANDRO, SAN LEANDRO POLICE DEPARTMENT, and DENNIS MALLY, individually and in his official capacity as a police officer for San Leandro,

    Defendants.
                                 /

No. C 11-01966 WHA

**ORDER SETTING BRIEFING SCHEDULE**

      Defendants filed a motion to dismiss or for a more definite statement, and plaintiff failed to oppose by the deadline of June 16, 2011. On June 17 an order to show cause issued and set a deadline of June 27 for counsel to show cause for failure to respond to the motion. Counsel has now responded and states that they inadvertently thought the opposition deadline was June 17. It is unclear why counsel waited over a week to respond to the order to show cause when they meanwhile had the opposition waiting in the wings. Plaintiff's counsel now request 10 *more* days to respond to the motion. The order to show cause is discharged but the deadline for plaintiff's counsel to file their opposition is **NOON ON JUNE 30, 2011**. Defendants may reply by **NOON ON JULY 7, 2011**. The motion will be decided on the papers, unless a hearing is set by a subsequent order.

    **IT IS SO ORDERED.**

Dated: June 28, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE